PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORI OKERSTROM,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:22-cv-00478-SKO<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Doc. 10)** |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

1. Defendant's response to Plaintiff's Complaint is due July 21, 2022. Defendant has not previously requested an extension of this deadline.

2. The certified administrative record (CAR) in this case has not been finalized for filing. Counsel for the Commissioner has been in contact with the Office of Appellate Operations (OAO), which is responsible for preparation of CARs. OAO has advised that it will need approximately 60 days to finalize the CAR. Accordingly, Defendant requests an extension of 60 days to respond to Plaintiff's Complaint.

3.   Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

4.   This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until September 19, 2022, respond to Plaintiff's Complaint.

Respectfully submitted,

Date: *July 12, 2022*  LAW OFFICES OF FRANCESCO BENAVIDES

By:   */s/ Caspar Chan for Francesco Benavides\**
FRANCESCO BENAVIDES
*\*Authorized by email on July 12, 2022*
Attorneys for Plaintiff

Date: *July 12, 2022*  PHILIP A. TALBERT
United States Attorney
Eastern District of California

By:   */s/ Caspar Chan*
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

Pursuant to the parties' foregoing Stipulation, and for good cause shown, Defendant's deadline to respond to Plaintiff's Complaint is hereby EXTENDED to **September 19, 2022**.  All other deadlines in the Scheduling Order (Doc. 5) are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **July 12, 2022**          */s/ Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE