PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, CA 94105
     Telephone: 510-970-4810
     Facsimile: 415-744-0134
     Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI OKERSTROM,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:22-cv-00478-SKO<br><br>**AMENDED STIPULATION AND ORDER FOR EXTENSION OF BRIEFING SCHEDULE**<br><br>(Doc. 17) |

      The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of 30 days to respond to Plaintiff's Motion for Summary Judgment in this case. In support of this request, the Commissioner respectfully states as follows:

      1.     The Commissioner's response to Plaintiff's Motion for Summary Judgment is due December 19, 2022. This is the Commissioner's first request of an extension of this deadline.

      2.     Counsel for the Commissioner is consulting with his client about the defensibility of this case. Counsel for the Commissioner believes that this short extension may resolve this matter without necessitating this Court to address the merits of this matter. Moreover, this brief extension would conserve judicial time and resources should the Parties be able to resolve this matter.

      3.     Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he

has no objections.

4. Counsel for the Commissioner apologizes to the Court for his misunderstanding that the stipulated extension was no longer available.

5. This request is made in good faith and is not intended to unduly delay the proceedings in this matter.

WHEREFORE, Defendant requests until January 18, 2023, respond to Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

Date: *December 21, 2022*   LAW OFFICES OF FRANCESCO BENAVIDES

By:  */s/ Caspar Chan for Francesco Benavides\**
FRANCESCO BENAVIDES
*Authorized by email on December 21, 2022*
Attorneys for Plaintiff

Date: *December 21, 2022*   PHILIP A. TALBERT
United States Attorney
Eastern District of California

By:  */s/ Caspar Chan*
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Pursuant to the parties' foregoing stipulation (Doc. 17), and for good cause shown,

IT IS ORDERED that Defendant shall have an extension, up to and including January 18, 2023, to file Defendant's Motion for Summary Judgment. All remaining deadlines in the Scheduling Order (Doc. 5) are extended accordingly.

IT IS SO ORDERED.

Dated:   **December 21, 2022**         */s/ Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE