PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI OKERSTROM,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:22-cv-00478-SKO<br><br>**STIPULATION AND ORDER FOR VOLUNTARY REMAND**<br><br>**(Doc. 21)** |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Date: <u>January 19, 2023</u>    LAW OFFICES OF FRANCESCO BENAVIDES

By:   <u>/s/ Caspar Chan for Francesco Benavides*</u>
FRANCESCO BENAVIDES
*Authorized by email on <u>January 19, 2023</u>
Attorneys for Plaintiff

Date: <u>January 19, 2023</u>    PHILIP A. TALBERT
United States Attorney
Eastern District of California

By:   <u>/s/ Caspar Chan</u>
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

<u>ORDER</u>

Based upon the parties' foregoing Stipulation to Voluntary Remand (the "Stipulation") (Doc. 21), and for good cause shown,

IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, further develop the record as necessary, and issue a new decision in accordance with the parties' Stipulation.

The Clerk of Court shall enter judgment for Plaintiff and close the case.

IT IS SO ORDERED.

Dated:   **January 19, 2023**        /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE